NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADIB A. MUHAMMED,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )      Case No. 2D18-114
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____    )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hardee County; Donald G. Jacobsen,
Judge.

Adib A. Muhammed, pro se.


PER CURIAM.


          Affirmed.  See Fla. R. App. P. 9.315; Baker v. State, 878 So. 2d 1236 (Fla.

2004); Muhammad v. State, 139 So. 3d 895 (Fla. 2d DCA 2014) (table decision); Harris

v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); State v. Broom, 523 So. 2d 639 (Fla. 2d

DCA 1988); Farrell v. State, 62 So. 3d 20 (Fla. 1st DCA 2011); Branch v. State, 990 So.

2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So. 2d 259 (Fla. 3d DCA 2007).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.